AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Account, suckmybigd2, ESP ID suckmybigd2_7nq, ) Case No. 22-mj-7085
stored at KIK c/o MediaLab.ai Inc., 1222 6th Street, )
Santa Monica, CA 90401 )
)

FILED
APR 13 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Central____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

As described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

As described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____July 11, 2022____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Eric I. Long____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/27/2022; 4:13 p.m. s/Eric Long
*Judge's signature*

City and state: Urbana, Illinois United States Magistrate Judge Eric I. Long
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>22-mj- 7085 | Date and time warrant executed:<br>06/29/2022  9:28 AM | Copy of warrant and inventory left with:<br>Kik c/o Medialab.ai Inc. |
| Inventory made in the presence of : |||
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>All available data and information from Kik regarding Kik account suckmybigd2_7nq. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/19/2022

s/Chad Carlson

*Executing officer's signature*

Special Agent Chad Carlson

*Printed name and title*

## ATTACHMENT A
### Property to Be Searched

This warrant applies to information associated with the account suckmybigd2, ESP ID suckmybigd2_7nq that is stored at premises owned, maintained, controlled, or operated by Kik c/o MediaLab.ai Inc., a company headquartered in Santa Monica, California.

## ATTACHMENT B

### Particular Things to be Seized

I.  Information to be disclosed by Kik c/o MediaLab.ai Inc.

To the extent that the information described in Attachment A is within the possession, custody, or control of Kik c/o MediaLab.ai Inc., regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Kik c/o MediaLab.ai Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Kik c/o MediaLab.ai Inc. is required to disclose the following information to the government for each user ID listed in Attachment A:

   A.  Any and all information or data regarding the identification of a user or attributing to the identity of the user of the account (commonly referred to as Non-Content User Data), including but not limited to subscriber information, names, addresses, billing records, method of payments, alternate email addresses, telephone numbers, birth date, contact email addresses, service start date, registration information, service end date, Kik version, and profile picture or background photograph for account suckmybigd2_7nq between April 1, 2022 and June 24, 2022;

   B.  Any and all stored device related information and user location information, including IP addresses and IP address logs for account suckmybigd2_7nq between April 1, 2022 and June 24, 2022;

2

C. Any and all information or data pertaining to uploads to any services, including child pornography files (including any metadata and EXIF data) IP addresses and date/time of upload, and all files or data related to the National Center for Missing and Exploited Children (NCMEC) CyberTip 125330038;

D. Any and all stored Content User Data including but not limited to Transactional chat logs of all messages sent and received, Chat Platform logs with all media files sent or received, Photographs and/or videos sent or received, Roster logs of usernames added and blocked by the target account including timestamps, Abuse reports with transcripts of reported chat history against the target account with message content and ID, Email events associated with the target account, and IP address information associated to account suckmybigd2_7nq between April 1, 2022 and June 24, 2022;

E. Any and all Content Group Data including but not limited to Group Information Logs and associated data, Group create logs, Group join logs, Group leave logs, Group transactional chat logs, Group chat platform logs, Photographs and/or videos or medial files received by the group associated with the target account, and Group abuse reports with associated data for account suckmybigd2_7nq between April 1, 2022 and June 24, 2022;

3

F. Any and all information for any devices associated with or used to access said account, including but not limited to telephone numbers, IMEI, IMSI, ESN, cell phone carrier and/or Android or Apple ID, IP connection logs for any and all devices associated with account suckmybigd2_7nq between April 1, 2022 and June 24, 2022;

G. Any and all information on payments, payment methods, credit card numbers, and transactional information related to any paid or premium services used by the account;

Kik c/o MediaLab.ai Inc. is hereby ordered to disclose the above information to the government within **14 days** of service of this warrant.

II.  Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2252A involving David T. Wilkey since April 1, 2022, including, for each user ID identified on Attachment A, information pertaining to the following matters:

- A. Evidence indicating how and when the Kik account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Kik account owner;

- B. Evidence indicating the Kik account owner's state of mind as it relates to the crime under investigation;

- C. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

- D. Evidence of sexual interest in minors and of possession and/or dissemination of child pornography.